No. 01–9601.  SEESE v. SPRINGS.  Sup. Ct. Ga.  Certiorari denied.

No. 01–9602.  ATWELL v. MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.

No. 01–9604.  DAHMER v. IDAHO ET AL.  Ct. App. Idaho.  Certiorari denied.

No. 01–9605.  TYLER v. RACKLEY ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 01–9606.  LONG v. COMMUNIST PARTY OF THE UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–9608.  JORDAN v. LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 01–9609.  WEGER v. HICKS, JUDGE, SUPERIOR COURT OF WASHINGTON, THURSTON COUNTY.  Sup. Ct. Wash.  Certiorari denied.

No. 01–9611.  MUNSON v. MARYLAND.  Ct. Sp. App. Md.  Certiorari denied.

No. 01–9613.  REDIC v. MOSKOWITZ ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 01–9614.  RHODES v. HIRSCHLER ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 01–9618.  LOONEY v. HETSELL ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 01–9620.  HATCHER v. HOPKINS, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 01–9622.  GREEN v. NEW YORK.  Ct. App. N. Y.  Certiorari denied.

No. 01–9623.  HARRISON v. MAHAFFEY, WARDEN, ET AL.  Sup. Ct. Okla.  Certiorari denied.